SCPW-13-0000021

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCIS P. GRANDINETTI, aka FRANCIS GRANDINETTI III, aka FRANCIS ANTHONY GRANDINETTI II, with numerous "private ID" names and aliases, a Hawaiʻi and New York federal citizen,
Petitioner,

vs.

BOBBY ROSS GROUP, INC. (BRG), RICH INTERNATIONAL AIRWAYS, and SEVERAL TEXAS AGENTS FOR NEWTON COUNTY, ET AL., FORMER SHERIFF BOBBY ROSS, GOVERNOR GEORGE BUSH, (TEXAS), DOMINION MANAGEMENT, AN OKLAHOMA AGENT,
Class-Respondents.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS AND WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Francis Grandinetti's "Supervisory Habeas Corpus and Writ of Mandamus Petition: Texas Arrest", which was filed on January 10, 2013, and which we review as a petition for a writ of habeas corpus and a writ of mandamus, the documents attached thereto and submitted in support thereof, and the record, it is unclear what specific relief petitioner seeks by way of his petition. Nevertheless, petitioner presents no special reason for invoking the supreme court's original

jurisdiction, see <u>Oili v. Chang</u>, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976) (the supreme court "will not exercise its original jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for invoking its jurisdiction"), and fails to demonstrate a clear and indisputable right to relief, see <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of habeas corpus and a writ of mandamus without payment of the filing fee.

IT IS FURTHER HEREBY ORDERED that the petition is denied.

DATED:  Honolulu, Hawaiʻi, February 6, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2